# EXHIBIT 5

to the Southern Utah Wilderness Alliance's
Motion to Intervene
*State of Utah v. U.S. Burgum*,
4:25-cv-00106-AMA-PK

Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DOUG BURGUM**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Proposed Defendant-Intervenor. | Case No. 4:25-cv-00106-AMA-PK <br><br> **[PROPOSED] DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFFS' COMPLAINT** <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Proposed Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA), through counsel, hereby responds to Plaintiffs' Complaint[1] (ECF No. 2) in the above-captioned matter as follows: the aspects of the Bureau of Land Management's San Rafael Swell Travel Management Plan challenged by Plaintiffs are neither arbitrary nor capricious and are instead supported by substantial evidence.

SUWA also raises the following affirmative defenses:

1. Plaintiffs fail to state a claim upon which relief may be granted for all or some of the claims in the Complaint;

2. All or some of the claims in Plaintiffs' Complaint are not justiciable;

3. Plaintiffs' lack standing to assert all or some of the claims in the Complaint.

Respectfully submitted September 23, 2025.

/s/ Hanna Larsen
Stephen Bloch
Laura Peterson
Hanna Larsen

*Attorneys for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance*

---

[1] Civil actions seeking judicial review under the Administrative Procedure act are governed by DUCivR 7-4, which states in relevant part that a party may respond to a complaint with a "short and plain statement…admitting or denying that the decision, or any part of it, is arbitrary and capricious or not supported by substantial evidence." DUCivR 7-4(b)(2)(B).