## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH** *et al.*, | Case No. 4:25-cv-00106-AMA-PK |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENOR'S MOTION TO INTERVENE** |
| **DOUG BURGUM**, *et al.*, | |
| Defendants, | |
| and | Judge Ann Marie McIff Allen |
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, | Magistrate Judge Paul Kohler |
| Proposed Defendant-Intervenor. | |

This matter comes before the Court upon the unopposed Motion to Intervene filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA). Having reviewed the Motion and determined that intervention is warranted, SUWA's Motion is GRANTED.

Signed this ___ day of _____, 2025.

BY THE COURT:

_____
ANN MARIE MCIFF ALLEN
United States District Judge

PAUL KOHLER
United States Magistrate Judge