Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH** *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>**DOUG BURGUM**, *et al.*,<br><br>   Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>   Proposed Defendant-Intervenor. | Case No. 4:25-cv-00106-AMA-PK<br><br>**NOTICE OF APPEARANCE**<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

   Notice is hereby given of the entry of the undersigned as counsel for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Laura Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
laura@suwa.org

DATED:        September 24, 2025

                          Respectfully submitted,

                          */s/ Laura Peterson*
                          Laura Peterson

                          *Attorney for Proposed Defendant-Intervenor*
                          *Southern Utah Wilderness Alliance*