# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DOUG BURGUM**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Proposed Defendant-Intervenor. | Case No. 4:25-cv-00106-AMA-PK <br><br> **ORDER GRANTING DEFENDANT-INTERVENOR'S MOTION TO INTERVENE** <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

This matter comes before the Court upon the unopposed Motion to Intervene filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA). Having reviewed the Motion and determined that intervention is warranted, SUWA's Motion is GRANTED.

Signed this 24th day of September, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge