ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>   Defendants. | Case No. 4:25-cv-00106-AMA-PK<br><br>**DEFENDANTS' STATEMENT OF POSITION DENYING ARBITRARY AND CAPRICIOUS AGENCY ACTION**<br><br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

In accordance with DUCivR 7-4(b)(2)(B), Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et al., hereby respond to Plaintiffs' Complaint, ECF No. 2. Therein, Plaintiffs challenge Defendants' December 2024 decision adopting the San Rafael Swell Travel Management Plan. Defendants deny that the aforementioned decision is arbitrary and capricious, not supported by substantial evidence, or otherwise contrary to law. Defendants

deny that Plaintiffs have stated a claim for relief or that Plaintiffs are entitled to any relief whatsoever.

    Defendants present the following affirmative defenses:

1.    Plaintiffs fail to state a claim upon which relief may be granted.

2.    Plaintiffs lack standing to bring some or all of their claims.

3.    Plaintiffs have failed to properly establish subject matter jurisdiction.

4.    Plaintiffs have failed to demonstrate that some or all of their claims are ripe for judicial review.

    Respectfully submitted this 24th day of November 2025.

    ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 /s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*