ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
### CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 4:25-cv-00106-AMA-PK <br><br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER** <br><br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et al., hereby move for an extension of the parties' deadline to submit a proposed scheduling order in this case. Counsel have conferred and no party opposes this motion.

      Plaintiffs filed the complaint in this case, Dkt. 2, on September 9, 2025.  Defendants filed a response to the complaint under DUCivR 7-4(b)(2), Dkt. 16, on November 24, 2025.  The parties would typically submit a proposed scheduling order 14 days thereafter.  *See* DUCivR 7-4(c).  However, the parties' ability to confer on scheduling has been, and will continue to be, complicated by multiple factors, including competing workload demands following the restoration of appropriations funding the federal government, holiday-related leave, and personnel changes with the State of Utah leading to reassignment of lawyers involved in this litigation.  As a result, counsel agree that it is advisable and will facilitate the most efficient use of resources for the parties and the Court to extend the deadline for submission of a proposed schedule to January 16, 2026.

      Respectfully submitted this 8th day of December 2025.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*