IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH**, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>**DOUG BURGUM**, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br> and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>  Intervenor-Defendant. | Case No. 4:25-cv-00106-AMA-PK<br><br>**[PROPOSED]**<br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed an Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order. For good cause, the motion is GRANTED. The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) on or before January 16, 2026.

Signed this ___th day of December, 2025.

                BY THE COURT:


                _____
                PAUL KOHLER
                United States Magistrate Judge