IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH**, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>**DOUG BURGUM**, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br> and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>  Intervenor-Defendant. | Case No. 4:25-cv-00106-AMA-PK<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed an Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order.[1] For good cause, the motion is GRANTED. The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) on or before January 16, 2026.

Signed this 9th day of December, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 17, filed December 8, 2025.