KATHY A.F. DAVIS (4022)
K. TESS DAVIS (15831)
DAVID REAY (14764)
Assistant Attorneys General
Utah Attorney General's Office
DEREK BROWN (UT 10476)
Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
tdavis@agutah.gov
dreay@agutah.gov

MARK BOSHELL (16002)
RACHELLE SHUMWAY (8177)
CLAY CROZIER (17192)
Special Assistant Attorneys General
mboshell@utah.gov
rashumway@utah.gov
claycrozier@utah.gov

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants. | Case No. 4:25-cv-00106-AMA-PK <br><br> **NOTICE OF APPEARANCE** <br><br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

The undersigned appears as counsel for Plaintiffs State of Utah. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

David Reay
Assistant Attorneys General
1594 W North Temple Salt Lake City, Utah 84116
dreay@agutah.gov

DATED this 9th day of December, 2025.

/s/ David Reay
David Reay
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF DAVID REAY AS COUNSEL FOR PLAINTIFFS** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

/s/ David Reay
David Reay