ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
### CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 4:25-cv-00106-AMA-PK <br><br><br> **NOTICE OF MOTION TO CONSOLIDATE UNDER DUCivR 42-1(b)** <br><br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

In accordance with DUCivR 42-1(b), Defendants Doug Burgum, in his official capacity as Secretary of the Interior, *et al.*, hereby provide notice that they have, in *BlueRibbon Coalition v. U.S. Bureau of Land Management*, No. 4:25-cv-22-DN, contemporaneously filed a Motion to

Consolidate, requesting that the two cases be consolidated in the manner deemed appropriate by the court.

Respectfully submitted this 12th day of January 2026.

>ADAM R.F. GUSTAFSON
>Principal Deputy Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
> /s/ Paul A. Turcke
>PAUL A. TURCKE
>Trial Attorney
>Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>Tel: (202) 532-5994
>paul.turcke@usdoj.gov
>
>*Attorneys for Defendants*