KATHY A.F. DAVIS (4022)
K. TESS DAVIS (15831)
DAVID REAY (14764)
Assistant Attorneys General

MARK BOSHELL (16002)
RACHELLE SHUMWAY (8177)
CLAY CROZIER (17192)
Special Assistant Attorneys General

DEREK BROWN (UT 10476)
UTAH ATTORNEY GENERAL
1594 W North Temple
Salt Lake City, UT 84116
(385) 867-9713
kathydavis@agutah.gov
tdavis@agutah.gov
dreay@agutah.gov
mboshell@utah.gov
rashumway@utah.gov
claycrozier@utah.gov

*Attorneys for Plaintiffs, State of Utah, et al.*

---

### IN THE UNITED STATES JUDICIAL DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| STATE OF UTAH, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et. al., <br><br> Defendants, | Case No. 4:25-cv-00106-AMA-PK <br><br> **NOTICE OF RESPONSE TO MOTION TO CONSOLIDATE** <br> **(Filed in 4:25-cv-00022-DN)** <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

In accordance with DUCivR 5 and DUCivR 42, the State of Utah, Utah School and Institutional Trust lands Administration, Emery County, and Sevier County (State of Utah, et al.), by and through counsel, David Reay, hereby provide notice of a Response to Defendant's Motion to Consolidate Under DUCivR 42-1(b).  The State of Utah, et al. filed its Response to Motion to Consolidate Under DUCivR 42-1(b) in Case No. 4:25-cv-00022-DN, on January 15, 2026.

Respectfully submitted this 15 day of January 2026.

/s/ David Reay
DAVID REAY (14764)
Assistant Attorney General
Utah Attorney General's Office
dreay@agutah.gov

*Attorney For State of Utah, et al.*

# CERTIFICATE OF SERVICE

I certify that on January 15, 2026, the undersigned electronically filed the foregoing **NOTICE OF RESPONSE TO MOTION TO CONSOLIDATE** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record:

/s/ David Reay
DAVID REAY (14764)
Assistant Attorney General
Utah Attorney General's Office
dreay@agutah.gov

*Attorney for the State of Utah, et al, Plaintiffs (4:25-cv-00106)*