ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-00106-AMA-PK<br><br><br><br><br>**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br><br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et al.,

hereby move for an extension of the parties' deadline to submit a proposed scheduling order in

this case. This is Defendants' second motion seeking an extension of this deadline. Counsel have conferred and no party opposes this motion.

On January 12, 2026, Defendants filed a motion seeking to consolidate this case with *BlueRibbon Coalition v. U.S. Bureau of Land Management*, No. 4:25-cv-22-DN. *See* Notice of Motion to Consolidate, Dkt. 20. It will facilitate the most efficient use of resources for the parties and the Court to address further proceedings after a ruling on the motion to consolidate. Defendants therefore request that the Court extend the deadline for submission of a proposed schedule to 21 days following a ruling on the motion to consolidate.

Respectfully submitted this 15th day of January 2026.

    ADAM R.F. GUSTAFSON
    Principal Deputy Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    /s/ Paul A. Turcke
    PAUL A. TURCKE
    Trial Attorney
    Natural Resources Section
    1290 West Myrtle Street, Suite 500
    Boise, ID 83702
    Tel: (202) 532-5994
    paul.turcke@usdoj.gov

    *Attorneys for Defendants*