# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH**, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>**DOUG BURGUM**, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br> and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>  Intervenor-Defendant. | Case No. 4:25-cv-00106-AMA-PK<br><br>**[PROPOSED]<br>ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

    Defendants have filed an Unopposed Second Motion for Extension of Time to Submit Proposed Scheduling Order.[1] For good cause, the motion is GRANTED. The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) within 21 days following a ruling on the Motion to Consolidate in *BlueRibbon Coalition v. U.S. Bureau of Land Management*, No. 4:25-cv-22-DN.

    Signed this ___th day of January, 2026.

                                               BY THE COURT:

                                               _____
                                               PAUL KOHLER
                                               United States Magistrate Judge

---

[1] Docket No. 22, filed January 15, 2026.