# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**DOUG BURGUM**, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Intervenor-Defendant. | Case No. 4:25-cv-00106-AMA-PK<br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**<br><br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendants have filed an Unopposed Second Motion for Extension of Time to Submit Proposed Scheduling Order.[1] For good cause, the motion is GRANTED. The parties shall submit the proposed scheduling order described in DUCivR 7-4(c) within 21 days following a ruling on the Motion to Consolidate in *BlueRibbon Coalition v. U.S. Bureau of Land Management*, No. 4:25-cv-00022-DN.

Signed this 16th day of January, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 22, filed January 15, 2026.