ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
### CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-00106-DN-PK<br><br><br><br>**DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS**<br><br><br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This case challenges the U.S. Bureau of Land Management ("BLM") 2024 Decision Record ("DR") on the San Rafael Swell Travel Management Plan ("Swell TMP"). *See* Compl. ¶ 1, Dkt. 1. As previously reported, BLM has signaled the likelihood and nature of new agency

action that could affect the Swell TMP, among others. *See* Defs.' Third Unopposed Mot. to Amend Administrative Appeal Scheduling Order, *BlueRibbon Coalition v. U.S. Bureau of Land Management*, No. 4:25-cv-22-DN-PK, Dkt. 41. And in similar cases challenging those different TMPs, proceedings have been stayed, pending periodic status reports. Defendants recently moved to consolidate this case with the above-cited case also challenging the Swell TMP, and while the Court declined to consolidate the cases, it did order transfer so that the two cases now reflect the same judicial assignment. *See* Order Denying Defs.' Mot. to Consolidate and Ordering Transfer, *BlueRibbon Coalition v. U.S. Bureau of Land Management*, No. 4:25-cv-22-DN-PK, Dkt. 38. Defendants therefore believe this is an appropriate juncture at which to put the cases on the same procedural track, and to stay proceedings in anticipation of a future decision affecting the challenged BLM decision. Doing so will conserve the resources of the parties and the Court, and ensure that any litigation that does proceed will address the operative agency action. For consistency with the stay orders in other BLM travel management cases, Defendants seek an order that stays further proceedings, provided that Defendants shall file a status report within 5 days of the issuance of an announcement regarding the TMP reassessment process, or 60 days from an order on this motion, whichever occurs first.

Undersigned counsel has conferred with counsel for the other parties to this litigation. Counsel have indicated that Plaintiffs State of Utah, et al., do not oppose this motion. Counsel has indicated that Intervenor-Defendant Southern Utah Wilderness Alliance takes no position on the motion.

Respectfully submitted this 2nd day of March 2026.

                                              ADAM R.F. GUSTAFSON
                                              Principal Deputy Assistant Attorney General
                                              United States Department of Justice
                                              Environment & Natural Resources Division

       */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*