# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **STATE OF UTAH**, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>**DOUG BURGUM**, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>  Intervenor-Defendant. | Case No. 4:25-cv-00106-DN-PK<br><br>**[PROPOSED]<br>ORDER GRANTING<br>DEFENDANTS' UNOPPOSED<br>MOTION TO STAY PROCEEDINGS**<br><br><br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendants have filed an Unopposed Motion to Stay Proceedings.[1] For good cause, the motion is GRANTED. Further proceedings in this case are hereby STAYED. Defendants shall file a status report within 5 days of any announcement or decision regarding a reassessment process for the San Rafael Swell Travel Management Plan, or within 60 days of the date of this order, whichever occurs first.

Signed this ___th day of March, 2026.

                BY THE COURT:

                _____
                PAUL KOHLER
                United States Magistrate Judge

---

[1] Docket No. 25, filed March 2, 2026.