**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| **STATE OF UTAH**, et al., | Case No. 4:25-cv-00106-DN-PK |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS** |
| **DOUG BURGUM**, in his official capacity as Secretary of the Interior, et al., | |
| Defendants, | |
| and | |
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, | District Judge David Nuffer Magistrate Judge Paul Kohler |
| Intervenor-Defendant. | |

Defendants have filed an Unopposed Motion to Stay Proceedings.[1]  For good cause, the motion is GRANTED.  Further proceedings in this case are hereby STAYED.  Defendants shall file a status report within 5 days of any announcement or decision regarding a reassessment process for the San Rafael Swell Travel Management Plan, or within 60 days of the date of this order, whichever occurs first.

Signed this 27th day of April, 2026.

BY THE COURT:

DAVID NUFFER
United States District Judge

---

[1] Docket No. 25, filed March 2, 2026.