ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| STATE OF UTAH, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br>   Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>   Intervenor-Defendant. | Case No. 4:25-cv-00106-DN-PK <br><br><br> **DEFENDANTS' STATUS REPORT** <br><br><br><br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

This case challenges the U.S. Bureau of Land Management ("BLM") 2024 Decision Record ("DR") on the San Rafael Swell Travel Management Plan ("Swell TMP"). *See* Compl. ¶ 1, Dkt. 1. The case is currently stayed, subject to Defendants' obligation to "file a status report

within 5 days of any announcement or decision regarding a reassessment process for the [Swell TMP]." Order Granting Defs.' Unopposed Mot. to Stay Proceedings, Dkt. 26 ("Stay Order").

BLM has recently taken steps to formally initiate the Swell TMP reassessment process. On May 7, 2026, BLM published TMP "route reassessment" materials to its Eplanning website. *See* https://eplanning.blm.gov/Project-Home/?id=809280b1-a7f2-f011-8407-001dd80c29f3 (last visited May 12, 2026). More specifically, "BLM is reassessing whether certain routes currently designated as closed to off-highway vehicles should be changed as open to OHV use" through a process including a comment period that will end on June 8, 2026. *See* Public Announcement (available at https://www.blm.gov/announcement/blm-seeks-input-travel-routes-san-rafael-swell-and-desert-areas) (last viewed May 12, 2026) (Ex. 1 hereto). "If BLM concludes that any designations should change, the agency will issue [a] new decision[ ] amending the [TMP]." *Id*. A published list of "reassessment routes" includes over 280 route segments, totaling over 220 miles. *See* Ex. 2 hereto.[1]

The parties have conferred, and agree that this information does not otherwise require a change in the proceedings. Defendants will continue to provide a status report on June 26, 2026, or within 5 days of any further announcement or decision in the Swell TMP reassessment process, whichever occurs first. *See* Stay Order.

Respectfully submitted this 12th day of May 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

---

[1] According to the table, 285 route segments totaling 226.12 miles are proposed to be redesignated from "closed" to "open" or "limited" designations, while 3 route segments totaling 0.71 miles are proposed to be redesignated from "open" to "closed" designations.

/s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*