ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| STATE OF UTAH, et al., | Case No. 4:25-cv-00106-DN-PK |
|    Plaintiffs, | |
| v. | |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., | **JOINT STATUS REPORT** |
|    Defendants, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | District Judge David Nuffer<br>Magistrate Judge Paul Kohler |
|    Intervenor-Defendant. | |

This case challenges the U.S. Bureau of Land Management ("BLM") 2024 Decision Record ("DR") on the San Rafael Swell Travel Management Plan ("Swell TMP"). *See* Compl. ¶ 1, Dkt. 1. The case is currently stayed, subject to Defendants' obligation to "file a status report

within 5 days of any announcement or decision regarding a reassessment process for the [Swell TMP]." Order Granting Defs.' Unopposed Mot. to Stay Proceedings, Dkt. 26 ("Stay Order"). On May 12, 2026, Defendants filed a Status Report, Dkt. 27, advising of BLM's public-facing announcement to initiate the Swell TMP route reassessment effort, including a public comment period that ended on June 8, 2026. BLM is in the process of reviewing those comments and otherwise determining how to proceed.

Based on the foregoing, Defendants do not believe that further proceedings or any modification of the stay order is warranted at this time. The parties have conferred, and Plaintiffs do not oppose Defendants' position and Intervenor-Defendant takes no position. Defendants acknowledge their obligation to file a further status report on August 25, 2026, or within 5 days of any further announcement or decision in the Swell TMP reassessment process, whichever occurs first. *See* Stay Order.

Respectfully submitted this 26th day of June 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

2