ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Intervenor-Defendant. | Case No. 4:25-cv-00106-DN-PK<br><br>**JOINT STATUS REPORT**<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This case challenges the U.S. Bureau of Land Management ("BLM") 2024 Decision Record ("DR") on the San Rafael Swell Travel Management Plan ("Swell TMP"). *See* Compl. ¶ 1, Dkt. 1. The case is currently stayed, subject to Defendants' obligation to "file a status report

within 5 days of any announcement or decision regarding a reassessment process for the [Swell TMP]." Order Granting Defs.' Unopposed Mot. to Stay Proceedings, Dkt. 26 ("Stay Order").

As previously reported, BLM has initiated the Swell TMP reassessment process. *See* Joint Status Report, Dkt. 28. BLM continues to be in the process of completing its reassessment of route designations.

Based on the foregoing, Defendants do not believe that further proceedings or any modification of the stay order is warranted at this time. The parties have conferred, and Plaintiffs do not oppose Defendants' position and Intervenor-Defendant takes no position. Defendants will continue to provide a status report on December 22, 2026, or within 5 days of any further announcement or decision in the Swell TMP reassessment process, whichever occurs first. *See* Stay Order.

Respectfully submitted this 23rd day of October 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*